1545

FILED
APR -9 2014
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD A. MILLER | Criminal No. 14-88<br><br>(18 U.S.C. §§ 2251(a) and (e)) |

INDICTMENT

The grand jury charges:

On or about December 22, 2013, from at or around 9:45 p.m., to at or around 10:10 p.m., in the Western District of Pennsylvania, the defendant, DONALD A. MILLER, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as Child Victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, that is, six sequential videos, knowing and having reason to know that the visual depictions were produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO

The grand jury further charges:

On or about December 23, 2013, at or around 12:15 p.m., in the Western District of Pennsylvania, the defendant, DONALD A. MILLER, did employ, use, persuade, induce, entice, and coerce a minor, herein identified as Child Victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, that is, two sequential videos, knowing and having reason to know that the visual depictions were produced using materials that had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

A True Bill,

_____
FOREPERSON

_____ FAUSA
DAVID J. HICKTON
United States Attorney
PA ID No. 34524

2